AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Clark, (DOB: XXXXXXXXX) | ) Case: 1:21-mj-00209 |
| Christy Clark, (DOB: XXXXXXXX) | ) Assigned to: Judge Faruqui, Zia M |
| Paul Spigelmyer, (DOB: XXXXXXXX) | ) Assign Date: 2/8/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) (Restricted Buildings or Grounds) | |
| 40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Danielle Schnur, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/08/2021

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*